**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **INDUSTRIAL TECHNOLOGY** | § | |
| **RESEARCH INSTITUTE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| **LG CORPORATION,** | § | |
| **LG ELECTRONICS, INC., AND** | § | |
| **LG ELECTRONICS U.S.A., INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Industrial Technology

Research Institute hereby states the following:

1.      Industrial Technology Research Institute has no parent corporation.

2.      There is no publicly held corporation that owns 10% or more of the stock

of Industrial Technology Research Institute.

Dated: November 25, 2010

Respectfully submitted,

By: */s/ Alfonso G. Chan*

Michael W. Shore
Texas Bar No. 18294915
Alfonso Garcia Chan
Texas Bar No. 24012408
**SHORE CHAN BRAGALONE
DEPUMPO LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: 214-593-9110
Fax: 214-593-9111
mshore@shorechan.com
achan@shorechan.com

Richard A. Adams
Texas Bar No. 00786956
Phillip N. Cockrell
Texas Bar No. 04465500
Corey D. McGaha
Texas Bar No. 24057992
**PATTON ROBERTS PLLC**
2900 St. Michael Dr., Suite 400
P.O. Box 6128
Texarkana, Texas 75503
Phone: 903-334-7000
Fax:  903-334-7007
radams@pattonroberts.com
pcockrell@pattonroberts.com
cmcgaha@pattonroberts.com

Jon B. Hyland
Texas Bar No. 24046131
Robert D. Katz
Texas Bar No. 24057936
**PATTON ROBERTS PLLC**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: 214-580-3826
Fax:  903-334-7007
jhyland@pattonroberts.com
rkatz@pattonroberts.com

Attorneys for Plaintiff
**INDUSTRIAL TECHNOLOGY RESEARCH
INSTITUTE**

2

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th Day of November, 2010.

*/s/ Alfonso G. Chan*