IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,**<br>      Plaintiff,<br><br>v.<br><br>LG CORPORATION, ET AL.<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:10-CV-628**<br><br>**JURY TRIAL DEMANDED** |
| **INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,**<br>      Plaintiff,<br><br>v.<br><br>LG CORPORATION, ET AL.<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:10-CV-629**<br><br>**JURY TRIAL DEMANDED** |
| **INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,**<br>      Plaintiff,<br><br>v.<br><br>LG CORPORATION, ET AL.<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:10-CV-630**<br><br>**JURY TRIAL DEMANDED** |
| **INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE,**<br>      Plaintiff,<br><br>v.<br><br>LG CORPORATION, ET AL.<br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:10-CV-631**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF RELATED CASES

Plaintiff Industrial Technology Research Institute hereby supplements its Civil Cover

Sheets with this notice that the following cases are related:

(1) *Industrial Technology Research Institute v. LG Corp. et al.*, Civil Action No. 6:10-CV-628 (filed November 26, 2010);

(2) *Industrial Technology Research Institute v. LG Corp. et al.*, Civil Action No. 6:10-CV-629 (filed November 26, 2010);

(3) *Industrial Technology Research Institute v. LG Corp. et al.*, Civil Action No. 6:10-CV-630 (filed November 26, 2010); and

(4) *Industrial Technology Research Institute v. LG Corp. et al.*, Civil Action No. 6:10-CV-631 (filed November 26, 2010).

Dated: November 26, 2010

Respectfully submitted,

By: */s/ Alfonso G. Chan*
Michael W. Shore
Texas Bar No. 18294915
Alfonso Garcia Chan
Texas Bar No. 24012408
**SHORE CHAN BRAGALONE DEPUMPO LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: 214-593-9110
Fax: 214-593-9111
mshore@shorechan.com
achan@shorechan.com

Richard A. Adams
Texas Bar No. 00786956
Phillip N. Cockrell
Texas Bar No. 04465500
Corey D. McGaha
Texas Bar No. 24057992
**PATTON ROBERTS PLLC**
2900 St. Michael Dr., Suite 400
P.O. Box 6128
Texarkana, Texas 75503
Phone: 903-334-7000
Fax:  903-334-7007
radams@pattonroberts.com
pcockrell@pattonroberts.com

Jon B. Hyland
Texas Bar No. 24046131
Robert D. Katz
Texas Bar No. 24057936
**PATTON ROBERTS PLLC**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: 214-580-3826
Fax:  903-334-7007
jhyland@pattonroberts.com
rkatz@pattonroberts.com

Attorneys for Plaintiff
**INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE**